UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SERGIO OCTAVIO PENA,

    Petitioner,

    v.

JAMES E. TILTON,

    Respondent.
_____/

No. C 07-2119 PJH

**JUDGMENT**

    Pursuant to the order denying Pena's federal habeas petition under 28 U.S.C. § 2254 signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 30, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge